1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Oscar Flores

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FLORES, | ) No. 1:15-cv-01561-SAB |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | ) |
| FRANCISCO FIGUEROA, et al., | ) |
| Defendants. | ) |

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Oscar Flores and Defendants Francisco Figueroa; Martha Figueroa; and Francisco Figueroa, Jr., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: February 16, 2016                MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Oscar Flores


Dated: February 16, 2016                LAW OFFICE OF LANCE E. ARMO


                                        /s/ Lance E. Armo
                                        Lance E. Armo
                                        Attorney for Defendants,
                                        Francisco Figueroa; Martha Figueroa; and
                                        Francisco Figueroa, Jr.

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   **February 16, 2016**                    _____
                                        UNITED STATES MAGISTRATE JUDGE